**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Keysha L. Cowan, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-002599

―――――――――

Appeal From Charleston County
Nancy C. McLin, Family Court Judge

―――――――――

Unpublished Opinion No. 2016-UP-360
Submitted June 14, 2016 – Filed July 13, 2016

―――――――――

**AFFIRMED**

―――――――――

Lesley Ann Sasser, of Law Office of Lesley Ann Sasser, LLC, of Conway, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Jessica Lynn Means, of Hall & Means, LLC, of Charleston, for the Guardian ad Litem.

―――――――――

**PER CURIAM:** Keysha L. Cowan appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cowan's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.